SOUTHMAYD and another *against* BACKUS :

IN ERROR.

*Tolland,*
October,
1820.

Where *A.* brought an action against *B.*, an inhabitant of this state, and *C.*, an inhabitant of another state, co-partners, on a promissory note, executed by them, in the partnership name ; process was served on *B.* only ; and *A.* took judgment, by default, at the first term ; it was held, that such judgment was not erroneous, the service on *B.* alone, being sufficient to maintain the suit.

THIS was an action, brought by *Backus,* against *Henry Southmayd,* of *Middletown,* in this state, and *Thomas Dwight,* of *Augusta,* in *Georgia,* mechanics in company, under the name of *Henry Southmayd* & Co., on a promissory note, executed by them, under that name. Process was served on *South-mayd* only ; the action was returned to the county court of *Tolland* county ; and judgment was taken, by default, at the first term. A writ of error was brought in the superior court, on the ground, that, as one of the defendants was not an inhabitant or sojourner in this state, at the time of commencing the suit, it ought to have had at least one continuance before judgment. The judge being informed, that there had been conflicting decisions on this point, in different parts of the state, reserved the case for the advice of all the Judges.

The case was now stated, by the judge who had reserved it ; and, after consultation, without argument by counsel, all the Judges were of opinion, that this being an action on a joint contract, the service on the only defendant, who was an inhab-

itant of this state, was sufficient notice to maintain the suit against both defendants, within the statute *tit.* 6. *c.* 1. *s.* 4. This opinion being made known, the plaintiffs in error acquiesced in it; and the judgment of the county court was